UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Case No. 2:21-cv-00146-JLB-NPM

FAYE TRASK,

    Plaintiff,

v.

HARTFORD INSURANCE
COMPANY OF MIDWEST,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, FAYE TRASK, hereby notifies the Court that the parties have reached a negotiated resolution of Plaintiff's claims against Defendant in this matter. The parties are finalizing the terms of the resolution and anticipate filing the appropriate dismissal documents with this Court within the next thirty (30) days.

Submitted July 5, 2022.

    By: /s/ Alexander H. Bowen
    Alexander Bowen, Esq.
    Florida Bar No. 1017752
    **Premier Property Law PLLC**
    *Attorney for Plaintiffs*
    1314 East Las Olas Blvd, Suite 1004
    Fort Lauderdale, Florida 33301
    Telephone (954) 233-0120
    Primary Email: ahb@premproplaw.com
    Secondary Email: nc@premproplaw.com

Tertiary Email: team@premproplaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2022, a copy of the Notice of Settlement has been served, but not filed with the court, via electronic mail to the following:

Troy J Seibert, Esq.
Florida Bar No.: 0084668
Vincent A. Fernandez, Esq.
Florida Bar No.: 1004601
400 N. Ashley Drive, Suite 2300
Tampa, Florida 33602
Telephone: (813) 281-1900
tseibert@butler.legal.com
vfernandez@butler.legal.com
Attorneys for Defendant

/s/Alexander H. Bowen